388 P.2d 398

**J. L. GUY, Jr., Petitioners,**

**v.**

**The FIRST JUDICIAL DISTRICT COURT, Respondent.**

**No. 48 HC.**

Supreme Court of New Mexico.

Jan. 27, 1964.

COMPTON, Chief Justice, and CARMODY, CHAVEZ, NOBLE and MOISE, Justices, concurring.

Order that the motion for removal of habeas corpus to the Supreme Court be and the same is hereby denied for the reason that Anthony Albert, Esq., is advising with the petitioner.

388 P.2d 398

**In the Matter of David G. HOUSMAN, Attorney at Law.**

**No. 7527.**

Supreme Court of New Mexico.

Jan. 29, 1964.

COMPTON, Chief Justice, and CARMODY, CHAVEZ, NOBLE and MOISE, Justices, concurring.

Ordered that the Report of Referees filed herein be and the same is hereby adopted in its entirety.

Further ordered that the Respondent, David G. Housman, be and he is hereby in open Court censured and reprimanded for such unethical and unprofessional conduct in the practice of law.

388 P.2d 398

**James C. LATTIN, Petitioner,**

**v.**

**The STATE of New Mexico, Respondent.**

**No. 47 HC.**

Supreme Court of New Mexico.

Jan. 27, 1964.

COMPTON, Chief Justice, and CARMODY, CHAVEZ, NOBLE and MOISE, Justices, concurring.

Ordered that the request for free process be and the same is hereby granted, and the petition for writ of injunction be and the same is hereby denied for the present.